U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 14 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| KEVIN PETERSON | CIVIL ACTION NO. 06-1410 |
| VERSUS | JUDGE DONALD E. WALTER |
| WARDEN VENETIA MICHAEL | MAGISTRATE JUDGE HORNSBY |

### ORDER

Before this Court is a Motion for Reconsideration [Doc. #8] filed by plaintiff, Kevin Peterson ("Peterson"), wherein Peterson asks this Court to reconsider the Magistrate's Memorandum Order of September 13, 2007 [Doc. #6] directing the Clerk of Court to reclassify plaintiff's action as a civil rights complaint under 42 U.S.C. § 1983, and vacating the Order authorizing Peterson to proceed in forma pauperis as he has previously filed three IFP petitions that were dismissed as frivolous, malicious or failing to state a claim upon which relief could be granted. See 28 U.S.C. § 1915(g).

As Peterson has provided this Court no basis for reconsidering the Magistrate's Memorandum Order, and as this Court agrees with the Magistrate's findings, **IT IS ORDERED** that plaintiff's Motion for Reconsideration [Doc. #8] be and is hereby **DENIED**, and that defendant shall have **twenty (20) days** from the date of this Order within which to pay a filing fee of $350.00. Failure to pay the filing fee will result in Peterson's pleadings being **STRICKEN** from the record and returned to him.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 14 day of March, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE